AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Paez, Richard A. | U.S. Court of Appeals for the Ninth Circuit | 06/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals
125 S. Grand Avenue, Ste. 300
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | California Judges Retirement System | $6,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Davita Health Care Partners - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School | February 26 to March 1, 2016 | New York | Moot court | Travel & lodging |
| 2. | Yale Law School | March 28-29, 2016 | New Haven, Ct | Meeting with students | Travel & Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. Fidelity Asset Mgr 30% (IRA) | A | Dividend | K | T | | | | | |
| 3. Fidelity Asset Mgr 20% | C | Dividend | M | T | | | | | |
| 4. Fidelity CA Muni MM | A | Dividend | M | T | Buy (add'l) | 03/04/16 | L | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. Bank Hapoalin (CD) | A | Interest | | | Redeemed | 03/04/16 | L | | |
| 9. Davita Health Care Partners Med Grp 401(K) Retiremt Plan Mod Risk | B | Dividend | M | T | | | | | |
| 10. Fidelity PAS (IRA)(Sp) See Note & transactions below | | | | | | | | | |
| 11. - Strategic Advisers Small-mid Cap Fund | A | Dividend | K | T | Buy (add'l) | 02/18/16 | J | | |
| 12. - Strategic Advisers Small-mid Cap Fund | | | | | Sold (part) | 03/03/16 | J | A | |
| 13. - Strategic Advisers Small-mid Cap Fund | | | | | Sold (part) | 06/02/16 | J | A | |
| 14. - Strategic Advisers Small-mid Cap Fund | | | | | Sold (part) | 09/08/16 | J | A | |
| 15. - Strategic Advisers Val. Fund | C | Dividend | L | T | Sold (part) | 02/23/16 | J | A | |
| 16. | | | | | Sold (part) | 03/18/16 | J | A | |
| 17. | | | | | Sold (part) | 07/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - - Strategic Adv Val. Fund | | | | | Sold (part) | 12/02/16 | J | A | |
| 19.   - Strategoc Advisers Core Income Fund | B | Dividend | M | T | Sold (part) | 01/12/16 | J | A | |
| 20. | | | | | Sold (part) | 02/18/16 | J | A | |
| 21. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 22. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 23. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 24. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 25. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 26. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 27.   - Strategic Advisers Core Fund | C | Dividend | M | T | Buy (add'l) | 02/18/16 | J | | |
| 28. | | | | | Sold (part) | 03/07/16 | J | A | |
| 29. | | | | | Sold (part) | 03/18/16 | J | A | |
| 30. | | | | | Sold (part) | 05/18/16 | J | A | |
| 31. | | | | | Sold (part) | 07/27/16 | J | A | |
| 32. | | | | | Sold (part) | 12/02/16 | J | A | |
| 33.   - Strategic Advisers Int'l Fund | B | Dividend | L | T | Buy (add'l) | 01/12/16 | J | | |
| 34. | | | | | Sold (part) | 03/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/18/16 | J | A | |
| 36. | | | | | Sold (part) | 09/08/16 | J | A | |
| 37.   - Strategic Advisers Int'l Fund | | | | | Sold (part) | 12/02/16 | J | A | |
| 38.   - Strategic Advisers Growth Fund | D | Dividend | L | T | Sold (part) | 03/07/16 | J | A | |
| 39. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 40. | | | | | Sold (part) | 07/27/16 | J | A | |
| 41. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 42.   - Strategic Advisers Emerging Markets | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 43. | | | | | Sold (part) | 03/18/16 | J | A | |
| 44.   - FIMM Market Port Inst CL | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |
| 45. | | | | | Sold | 02/18/16 | J | A | |
| 46.   - FIMM Govt Port: Inst'l CL | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 47. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 48. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 49. | | | | | Sold (part) | 05/18/16 | J | A | |
| 50. | | | | | Sold (part) | 05/24/16 | J | A | |
| 51. | | | | | Sold (part) | 08/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/30/16 | J | A | |
| 53. - Merger Fund | A | Dividend | | | Sold (part) | 03/07/16 | J | A | |
| 54. | | | | | Sold (part) | 06/02/16 | J | A | |
| 55. | | | | | Sold | 10/06/16 | J | A | |
| 56. - Strategic Advisers Income Opportunities | B | Dividend | K | T | Sold (part) | 07/27/16 | J | A | |
| 57. | | | | | Sold (part) | 10/06/16 | J | A | |
| 58. - Strategic Advisers Sht Duration Fund | A | Dividend | L | T | Buy (add'l) | 05/18/16 | J | | |
| 59. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 60. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 61. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 62. | | | | | Sold (part) | 11/07/16 | J | A | |
| 63. Blackstone Alt. MulTi Mgr | A | Dividend | | | Sold (part) | 03/07/16 | J | A | |
| 64. | | | | | Sold (part) | 04/07/16 | J | A | |
| 65. | | | | | Sold | 05/24/16 | J | A | |
| 66. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 67. Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 11/07/16 | J | A | |
| 68. | | | | | Sold (part) | 11/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Arden Alt Strategies Class I | A | Dividend | | | Sold (part) | 03/07/16 | J | A | |
| 70. | | | | | Sold | 03/31/16 | J | A | |
| 71. Fidelity SAI Emerg Markets Index | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 72. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 73. | | | | | Sold (part) | 12/02/16 | J | A | |
| 74. Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 75. | | | | | Sold (part) | 09/08/16 | J | A | |
| 76. AQR Multistrgy Alt. Class N | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 77. AQR Managed Futures Fund CL N | A | Dividend | J | T | Buy | 05/18/16 | J | | |
| 78. | | | | | Buy (add'l) | 06/02/16 | J | | |
| 79. Eaton Vance Global MACRO ABSLTE RT CL1 | A | Dividend | J | T | Buy | 06/02/16 | J | | |
| 80. PIMCO Commodity Real Return Inst | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 81. | | | | | Sold (part) | 04/07/16 | J | A | |
| 82. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 83. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Paez, Richard A. | 06/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts (cont'd)

* Line 9 - My spouse's Davita Health Care Partners (401k) Retirement Plan is managed by Fidelity's Strategic Advisers, Inc.

* Line 10 - Fidelity Portfolio Advisory Services manages my spouse's IRA and consists of all the separate mutual funds noted on lines 11-83 (with transactions).

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/06/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544